Christopher D. Banys
Email:  cdb@banyspc.com
Richard C Lin
Email:  rcl@banyspc.com
Jennifer L. Gilbert
Email:  jlg@banyspc.com
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, CA 04303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

Paul J. Hayes
Email: phayes@hayesmessina.com
Kevin Gannon
Email: kgannon@hayesmessina.com
James J. Foster
Email: jfoster@hayesmessina.com
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Telephone: (617) 345-6900
Facsimile: (617) 443-1999

*Attorneys for the Plaintiff, ADAPTIX, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>        Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, and AT&T MOBILITY LLC, et al.,<br>        Defendants. | Case No. 5:14-cv-03112 PSG<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Magistrate Judge Paul S. Grewal |

**JOINT MOTION FOR DISMISSAL**

Plaintiff Adaptix, Inc. ("Adaptix") and Defendants Asustek Computer Inc., ASUS Computer International, (collectively "ASUS") and AT&T Mobility LLC ("AT&T") (together the "Parties") hereby jointly notify the Court that they have settled their respective claims for relief asserted in the above-captioned action.  The Court, by decision dated April 24, 2015, has found that on December 30, 2014 ASUS and Adaptix entered into a Settlement and Patent License Agreement ("Agreement"). Accordingly, ASUS and Adaptix request that the Court dismiss all claims and counterclaims asserted by Adaptix against ASUS and by ASUS against Adaptix WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as  provided  in the Agreement.

Further, AT&T understands that Adaptix and ASUS have settled their respective claims for relief asserted in the above-captioned action.  Accordingly, AT&T and Adaptix request pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Court dismiss WITH PREJUDICE all claims asserted by Adaptix against AT&T arising out of the use of ASUS Licensed Products on the AT&T

1  Mobility communication network and/or the sale, offer to sell, lease, offer to lease, or other
2  distribution of ASUS Licensed Products by AT&T Mobility or its subsidiaries or affiliates.
3      Each of the Parties shall bear its own attorney fees and costs.
4      A proposed Order outlining the relief sought is attached.

6  Dated:  May 15, 2015   Respectfully submitted,

   HAYES MESSINA GILMAN & HAYES LLC

   By: */s/ Paul J. Hayes*
   Paul J. Hayes

   Attorneys for Plaintiff Adaptix, Inc.

   SINGULARITY LLP

   By: */s/ Ronald S. Lemieux* (by permission)
   Ronald S. Lemieux

   Attorneys for Defendants Asustek Computer Inc., ASUS Computer International, and AT&T Mobility LLC

1    I, Paul J. Hayes am the ECF User whose ID and password are being used to file this
2  JOINT MOTION FOR DISMISSAL.  In compliance with Civil Local Rule 5-1(i)(3), I hereby
3  attest that counsel whose e-signatures appear on the foregoing page have concurred with this
4  filing.

                                             */s/ Paul J. Hayes*
                                             Paul J. Hayes